1  CAROLEE G. KILDUFF, ESQ., SBN 107232
2  CORI R. SARNO, ESQ., SBN 230559
   **ANGELO, KILDAY & KILDUFF**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6
7  Attorneys for Defendants,
   SOLANO COUNTY, CHRISTINA ARROSTUTO
   and MICHELE HARRIS
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| KATHLEEN McLAUGHLIN, | ) Case No.: 2:07-CV-02498-MCE-GGH |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR EXTENSION OF** |
| | ) **TIME TO FILE RESPONSIVE** |
| SOLANO COUNTY, CHRISTINA LINVILLE) | **PLEADING; ORDER** |
| aka CHRISTINA ARAGUSTO, MICHELE | ) |
| HARRIS and DOES 1 through 5, inclusive, | ) |
| Defendants. | ) |

It is hereby stipulated by and between the parties, through their respective counsel, as follows:

Defendants shall have until December 28, 2007 within which to file a responsive pleading to Plaintiff's complaint.

///

-1-
STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER

IT IS SO STIPULATED:

Dated:  December 19, 2007     ANGELO, KILDAY & KILDUFF

*/s/ Carolee G. Kilduff*
By:_____
   CAROLEE G. KILDUFF
   CORI R. SARNO
   Attorneys for Defendants,
   SOLANO COUNTY, CHRISTINE
   ARROSTUTO and MICHELE HARRIS

Dated:   December 20, 2007

LAW OFFICE OF STEPHAN C. WILLIAMS

*/s/ Stephan C. Williams*
By:_____
   STEPHAN C. WILLIAMS
   Attorney for Plaintiff
   KATHLEEN McLAUGHLIN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: January 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE