1  CAROLEE G. KILDUFF, ESQ., SBN 107232          (SPACE BELOW FOR FILING STAMP ONLY)
   CORI R. SARNO, ESQ., SBN 230559
2  **ANGELO, KILDAY & KILDUFF**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6
   Attorneys for Defendants,
7  SOLANO COUNTY, CHRISTINA ARROSTUTO
   and MICHELE HARRIS
8

9

10                **IN THE UNITED STATES DISTRICT COURT**

11                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

13  KATHLEEN McLAUGHLIN,            ) Case No.: 2:07-CV-02498-MCE-GGH
                                    )
14              Plaintiff,          ) **STIPULATED REQUEST TO STAY THE**
                                    ) **PRETRIAL CONFERENCE, JOINT**
15          vs.                     ) **STATUS REPORT AND ISSUANCE OF A**
                                    ) **SCHEDULING ORDER; ORDER**
16  SOLANO COUNTY, CHRISTINA LINVILLE)
    aka CHRISTINA ARAGUSTO, MICHELE )
17  HARRIS and DOES 1 through 5, inclusive, )
                                    )
18              Defendants.         )
    _____)

21      WHEREAS the Court's November 21, 2007 Order provides that the parties must confer,

22  prepare and submit a joint status report that includes a Fed. R. Civ. P. 26(f) discovery plan within

23  60 days of service of the complaint;

24      WHEREAS Defendants have filed a motion to dismiss the Plaintiff's entire complaint

25  pursuant to Fed. R. Civ. P. 12(b)(6) that is presently scheduled for hearing on February 8, 2008;

26  ///
27  ///
28  ///

-1-
STIPULATED REQUEST TO STAY THE PRETRIAL CONFERENCE, JOINT STATUS REPORT AND
ISSUANCE OF A SCHEDULING ORDER; [PROPOSED] ORDER

1  WHEREAS matters, including but not limited to anticipated discovery, subject matters of
2  discovery, timing of discovery and proposed dates for discovery cut-off, law and motion cut-off,
3  estimated length of trial and prospects for settlement cannot be properly assessed prior to a ruling
4  on the motion to dismiss, the filing of an amended complaint, notice of what causes of action
5  will actually be litigated and notice of Defendants' affirmative defenses;

6  WHEREAS before the pleadings are finalized, the parties' Joint Status Report will be
7  purely speculative as to each of the matters required therein;

8  WHEREAS the status conference and the issuance of a Scheduling Order will trigger
9  such things as mandatory disclosures pursuant to Fed. R. 26(a) which requiring disclosure of
10 witnesses and the subject matters of the witnesses testimony, also cannot be determined until the
11 pleadings are finalized such that the parties are aware of the issues raised by the pleadings;

12 WHEREAS after the Scheduling Order is issued, a noticed motion Pursuant to Fed. R.
13 Civ. P. 16 and a showing of good cause is required to modify the scheduling order;

14 WHEREAS the parties wish to avoid wasteful pretrial activities, such as motions to
15 modify the scheduling order and believe that judicial economy is furthered and the burden on the
16 parties and the Court are lessened by staying the status conference and the issuance of a pretrial
17 scheduling order until the pleadings are finalized (i.e. there is a ruling on the motion to dismiss,
18 an amended complaint has been filed and Defendants have filed an answer);

19 **THEREFORE, the parties, by and through their respective counsel, make the**
20 **following stipulated request**:

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  That the Court stay the pretrial conference and deadline for submitting a joint status
2  report until the pleadings are finalized (i.e. there is a ruling on the motion to dismiss, an amended
3  complaint has been filed and Defendants have filed an answer).

4  **IT IS SO STIPULATED.**

6  Dated:  January 18, 2008                                ANGELO, KILDAY & KILDUFF

                                                                   */s/ Carolee G. Kilduff*
                                                           By:_____
                                                                   CAROLEE G. KILDUFF
                                                                   CORI R. SARNO
                                                                   Attorneys for Defendants,
                                                                   SOLANO COUNTY, CHRISTINE
                                                                   ARROSTUTO and MICHELE HARRIS


13  Dated: January 18, 2008
                                                           LAW OFFICE OF STEPHAN C. WILLIAMS

                                                                   */s/ Stephan C. Williams*
                                                           By:_____
                                                                   STEPHAN C. WILLIAMS
                                                                   Attorney for Plaintiff
                                                                   KATHLEEN McLAUGHLIN


20          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22  Dated: January 25, 2008

                                                           _____
                                                           MORRISON C. ENGLAND, JR
                                                           UNITED STATES DISTRICT JUDGE