1    CAROLEE G.KILDUFF, ESQ., SBN 107232     (SPACE BELOW FOR FILING STAMP ONLY)

2    CORI R. SARNO, ESQ., SBN 230559
   **ANGELO, KILDAY & KILDUFF**

3    Attorneys at Law
   601 University Avenue, Suite 150

4    Sacramento, CA  95825
   Telephone:  (916) 564-6100

5    Telecopier:  (916) 564-6263

6

7    Attorneys for Defendants,
   SOLANO COUNTY, CHRISTINA ARROSTUTO
   and MICHELE HARRIS

8

9            **IN THE UNITED STATES DISTRICT COURT**

10         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12    KATHLEEN McLAUGHLIN,       )  Case No.: 2:07-CV-02498-MCE-GGH
                      )

13               Plaintiff,    )  **STIPULATED REQUEST FOR ORDER**
                      )  **CONTINUING DEFENDANTS' MOTION**

14              vs.       )  **TO DISMISS PLAINTIFF'S**
                      )  **COMPLAINT PURSUANT TO**

15    SOLANO COUNTY, CHRISTINA LINVILLE)  **FRCP 12(b)(6) AND REQUEST FOR**

16    aka CHRISTINA ARAGUSTO, MICHELE  )  **JUDICIAL NOTICE PURSUANT TO**
   HARRIS and DOES 1 through 5, inclusive,  )  **FRE 201; ORDER**

17                       )

18             Defendants.  )  **Date:  February 8, 2008**
                      )  **Time:  9:00 a.m.**

19                       )  **Room: 3**

20    _____)  **The Honorable Morrison C. England, Jr.**

21

22        Because Plaintiff's counsel has been in trial and inadvertently overlooked the due date for

23    Plaintiff's opposition to Defendants' pending motion, the parties, through their respective

24    counsel, make the following stipulated request:

25    ///

26    ///

27    ///

28    ///

1    Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) and

2  Request for Judicial Notice Pursuant to FRE 201 be continued to March 7, 2008, at 9:00 a.m. in

3  Courtroom 3.

4    **IT IS SO STIPULATED.**

5

6  Dated: 2/1/2008                                    ANGELO, KILDAY & KILDUFF

7                                                       */s/ Carolee G. Kilduff*

8                                                    By:_____

9                                                       CAROLEE G. KILDUFF
                                                        CORI R. SARNO
10                                                      Attorneys for Defendants,
                                                        SOLANO COUNTY, CHRISTINE
11                                                      ARROSTUTO and MICHELE HARRIS

12

13  Dated: 2/1/2008

14                                                   LAW OFFICE OF STEPHAN C. WILLIAMS

15                                                      */s/ Stephan C. Williams*

16                                                   By:_____
                                                        STEPHAN C. WILLIAMS
17                                                      Attorney for Plaintiff
                                                        KATHLEEN McLAUGHLIN

18

19

20    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22  Dated:  February 1, 2008

23

24  _____
     MORRISON C. ENGLAND, JR
25   UNITED STATES DISTRICT JUDGE

26

27

28

---

STIPULATED REQUEST FOR ORDER CONTINUING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
COMPLAINT; [PROPOSED] ORDER