UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHLEEN MCLAUGHLIN,                    No. 2:07-cv-02498-MCE-GGH

       Plaintiff,

  v.                                    MEMORANDUM AND ORDER

SOLANO COUNTY, et al.,

       Defendants.

----oo0oo----

Per this Motion, Mr. Stephan C. Williams seeks leave of this Court to withdraw as Plaintiff's counsel.  For the reason set forth below, Mr. Williams' Motion is denied.[1]

According to the Local Rules of Court, counsel "may not withdraw leaving the client *in propria persona* without leave of Court upon noticed motion and notice to the client and all other parties who have appeared."  E.D. Cal. Local Rule 83-182(d).

///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

1

Because Mr. Williams furnished the Court with no evidence showing that he provided notice to Plaintiff of his Motion, Mr. Williams failed to adhere to the local rules.  Consequently, Mr. Williams' Motion is denied.

**CONCLUSION**

Mr. Williams' Motion to be Relieved as Counsel is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: October 15, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2