UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHLEEN MCLAUGHLIN                    No. 2:07-cv-02498-MCE-GGH

      Plaintiff,

  v.                                     **ORDER**

SOLANO COUNTY, CHRISTINA
LINVILE a.k.a. CHRISTINA
ARAGUSTO and MICHELE HARRIS
and DOES 1 through 5 inclusive,

      Defendants.

----oo0oo----

    This matter came on for hearing on January 9, 2009 with respect to the Court's November 12, 2008 Order to Show Cause as to why Plaintiff's lawsuit should not be dismissed given her failure to file a First Amended Complaint.  Mr. Williams represented to the Court that he has been unable to communicate with his client since March of 2008, when she informed him that she was terminating him as her attorney and requested that he notify this Court that he was no longer her attorney of record in the present lawsuit.  Mr. Williams thereafter sent a Substitution of Attorney form to Plaintiff but to date, has received no response.

1

In light of the time that has now elapsed, counsel for Defendants requested at the time of the hearing that the matter be dismissed for lack of prosecution. Under the circumstances, the Court granted that request. Consequently, this case is hereby dismissed, without prejudice, for failure to prosecute. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE